Anne Secker (State Bar No. 96157)
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California 93902-2510
Telephone: (831) 424-1414
Facsimile: (831) 424-1975

Attorneys for Plaintiff MACERICH CARMEL L.P., a
California Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT, SAN JOSE DIVISION

| | |
|---|---|
| MACERICH CARMEL L.P., a California Limited Partnership<br><br>Plaintiff,<br><br>vs.<br><br>CODYMAN, LLC, dba Mackie's Parlour, a Pet Boutique and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C08-04773 PVT<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION**<br><br>Date: February 24, 2009<br>Time: 2:00 p.m.<br>Judge: Magistrate Judge Patricia V. Trumbull<br>Dept.: Courtroom 5, 4th Floor<br>San Jose, CA 95113 |

Pursuant to the Stipulation of the parties,

IT IS HEREBY ORDERED that the Initial Case Management Conference currently set for February 24, 2009 at 2:00 p.m. be continued to Tuesday, March 31, 2009 at 2:00 p.m.

Dated: February 23 2009

*Patricia V. Trumbull*

U.S. MAGISTRATE JUDGE OF THE XXXXXXXXXX COURT
FEDERAL

16397\030\417065.1:22009

1

ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*Macerich Carmel L.P. v. Codyman, LLC, et al.*\Case No. C08-04773PVT