1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MACERICH CARMEL, LP, | ) | Case No.: C 08-04773 PVT |
|---|---|---|
| Plaintiff, | ) ) | ORDER RE STIPULATION FOR ENTRY OF JUDGMENT |
| v. | ) ) | |
| CODYMAN, LLC DBA MACKIE'S PARLOUR, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On April 7, 2009, the parties stipulated to entry of judgment. ("stipulation"). Provided that defendant Codyman, LLC makes a series of scheduled payments beginning on April 15, 2009 and continuing through March 15, 2011 as set forth in the stipulation, plaintiff Macerich Carmel, LP agrees to dismiss the above-captioned action with prejudice upon receipt of the final payment. Accordingly,

IT IS HEREBY ORDERED that the above-captioned action is stayed until March 30, 2011;

IT IS FURTHER ORDERED that the case management conference scheduled for April 14, 2009 is vacated. A further case management conference is scheduled for April 5, 2011 at 2PM; and

IT IS FURTHER ORDERED that plaintiff Macerich Carmel shall provide the court with

ORDER, *page 1*

1 | updates every six months regarding the status of the above-captioned action.
2 |     IT IS SO ORDERED.
3 | Dated:   April 9, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge