UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MACERICH CARMEL, LP,<br><br>    Plaintiff,<br><br>v.<br><br>CODYMAN, LLC DBA MACKIE'S PARLOUR,<br><br>    Defendant. | Case No.: C 08-04773 PSG<br><br>**ORDER TO SHOW CAUSE** |

On April 9, 2009, the court ordered, *inter alia,* Plaintiff Macerich Carmel, LP ("Macerich") to provide status reports on the case every six months. *See* Order Re Stipulation for Entry of Judgment dated April 9, 2009. (Docket No. 12). To date, Macerich has not provided any status reports whatsoever. Accordingly, Macerich is ordered to show cause in writing no later than February 15, 2011 why the case should not be dismissed, and sanctions not imposed, for failure to provide status reports as previously ordered.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*