UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MACERICH CARMEL L.P., | ) | Case No.: C 08-04773 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER DISSOLVING ORDER TO** |
| v. | ) | **SHOW CAUSE** |
| | ) | |
| CODYMAN, LLC DBA MACKIE'S PARLOUR, ET AL., | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Macerich Carmel, LP ("Macerich") failed to provide status reports on the case every six months as the court had previously ordered. *See* Order Re Stipulation for Entry of Judgment dated April 9, 2009. (Docket No. 12). As a result, the court issued an order to show cause why the case should not be dismissed, and sanctions not imposed, for failure to provide status reports. *See* Order to Show Cause dated February 4, 2011. ("February 4, 2011 Order to Show Cause") (Docket No. 14). On February 14, 2011, Macerich filed its response. Macerich's counsel, Anne Secker, represents that the law firm had failed to calendar the date to file a status report. The court accepts this representation and sanctions shall not be imposed. Accordingly, the February 4, 2011 Order to

ORDER, *page 1*

1 | Show Cause is dissolved.
2 |     IT IS SO ORDERED.
3 | Dated:    February 16, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge