Anne Secker (State Bar No. 96157)
NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
333 Salinas Street
Post Office Box 2510
Salinas, California 93902-2510
Telephone:  (831) 424-1414
Facsimile:  (831) 424-1975

Attorneys for Plaintiff MACERICH CARMEL L.P., a
California Limited Partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT, SAN JOSE DIVISION

| | |
|---|---|
| MACERICH CARMEL L.P., a California Limited Partnership,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CODYMAN, LLC, dba Mackie's Parlour, a Pet Boutique and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. C08-04773 PSG<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION**<br><br>Date:　April 5, 2011<br>Time:　2:00 p.m.<br>Judge:　Magistrate Judge Paul S. Grewal<br>Dept.:　Courtroom 5, 4th Floor<br>　　　　San Jose, CA 95113 |

　　　Pursuant to the Stipulation of the parties,

　　　IT IS HEREBY ORDERED that the Initial Case Management Conference currently set for April 5, 2011 at 2:00 p.m. be continued to Tuesday, May 17, 2011, 2009 at 2:00 p.m.
No further continuances will be granted.

Dated: _April 4_____, 2011

_____Paul S. Grewal_____
.XXXXXXXXXXXXXXXXXXXXXXXXXXXX

16397\030\417065.1:33011

ORDER CONTINUING CASE MANAGEMENT
*Macerich Carmel L.P. v. Codyman, LLC, et al.\C:*　　　3